IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERIFIRST BANK, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION NO. 1:25-00513-JB-MU** |
| | ) |
| WILLIAM M. WILLIAMS, et al, | ) |
| | ) |
| **Defendants.** | ) |

**JUDGMENT**

This matter came before the Court upon the Motion for Summary Judgment[1] (Doc. No. 15) (the "Motion"), filed on February 11, 2026 by AmeriFirst Bank ("AmeriFirst" or the "Bank"), against Defendants William M. Williams and Courtney Williams (collectively, "Defendants") on all claims for breach of contract.  On March 11, 2026, the Defendants filed their Response in Opposition to Plaintiff's Motion for Summary Judgment (Doc. No. 21).  On March 25, 2026, AmeriFirst filed its Reply in Support of the Motion for Summary Judgment (Doc. No. 27).  The Motion is supported by two affidavits from an officer at AmeriFirst Bank who has provided testimony as to the loan documentation, amounts advanced and amounts owed.  After the time period for briefing the relevant motion ended, Defendants filed a Notice of Withdrawal of their opposition to Plaintiff's Motion for Summary Judgment and consented to the entry of judgment for the reasons set forth in Plaintiff's motion.  (Doc. 39).  Accordingly, the Court finds as follows:

---

[1] Any capitalized terms used but not defined herein shall have the definition ascribed to such term in the Motion.

1

1. Innovative Healthcare Solutions, LLC, executed a Promissory Note in favor of AmeriFirst and AmeriFirst advanced the funds pursuant to the Promissory Note.

2. Innovative Healthcare Solutions, LLC, is in default of the Promissory Note due to non-payment and all amounts are now owed in full to AmeriFirst.

3. The Defendants, jointly and severally, guaranteed payment of the Promissory Note to AmeriFirst pursuant to written Guaranties.

4. The Defendants are in breach of the Guaranties due to their failure to make the guaranteed payments to AmeriFirst.

5. The Defendants, jointly and severally, owe AmeriFirst $702,063.51.

6. The Court finds further that there is no dispute of material fact and AmeriFirst is entitled to summary judgment as a matter of law on its breach of contract claims against the Defendants.

Accordingly, AmeriFirst's Motion for Summary judgment is hereby granted.  It is further ORDERED, ADJUDGED, and DECREED, as follows:

FINAL JUDGMENT is hereby entered, jointly and severally, against William M. Williams and Courtney Williams in the amount of $702,063.51.  Forthwith, let execution issue.  Post-judgment interest shall accrue at the statutory rate.

   **DONE and ORDERED** this 10th day of August, 2026.


/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE


2